CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 18 2013

JULIA C. DOOLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07CR00011 |
| | ) | (CASE NO. 5:13CV80574) |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| FERNANDO BARAJAS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendant's motion to reconsider (ECF No. 40), challenging this court's opinion and order dismissing his motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255, is **DENIED**. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 17th day of October, 2013.

/s/ Glen Conrad
Chief United States District Judge